UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN PETRILLI,<br>    Plaintiff,<br><br>v.<br><br>THE HANOVER INSURANCE GROUP<br>and 440 LINCOLN STREET HOLDING LLC<br>    Defendant. | Civil Action No.:<br>Demand for Jury Trial |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. Plaintiff, John Petrilli ("Plaintiff"), is a resident of Warwick, Rhode Island.

2. Upon information and belief, Defendant, The Hanover Insurance Group, ("Hanover Insurance Group"), is a property and casualty insurance company registered with the Rhode Island Department of Business Regulation to issue policies and conduct business within the State of Rhode Island with a principal office located at 440 Lincoln Street, Worcester, Massachusetts.

3. Upon information and belief, Defendant, 440 Lincoln Street Holding LLC, ("Lincoln Street Holding LLC"), is a limited liability company organized and existing pursuant to the laws of the Commonwealth of Massachusetts with a principal office located at 440 Lincoln Street, Worcester, Massachusetts.

4. At all times relevant hereto Lincoln Street Holding LLC, was the legal title owner of 440 Lincoln Street, Worcester, Massachusetts.

5. At all times relevant hereto Defendants maintained sufficient minimal contact with the State of Rhode Island such that this Honorable Court has jurisdiction over this matter.

## JURISDICTION

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

## FACTS

7. Plaintiff re-states and re-alleges paragraphs 1–6 as if fully set forth herein.

8. On or about February 26, 2023, Defendant Hanover Insurance Group was the owner of commercial property located at or about 440 Lincoln Street, Worcester, Massachusetts (hereinafter "the premises").

9. On or about February 26, 2023, while lawfully and reasonably expected to be on the premises of Defendant Hanover Insurance Group, Plaintiff was injured by a dangerous condition existing thereon.

10. Plaintiff was at all times pertinent to this Complaint in the exercise of due care.

## COUNT I
### Negligence: Plaintiff v. Hanover Insurance Group

11. Plaintiff re-states and re-alleges paragraphs 1-10 as if fully set forth herein.

12. On or about February 26, 2023 Hanover Insurance Group owned and/or exercised control over the premises.

13. Hanover Insurance Group owed Plaintiff a duty to exercise reasonable care for his safety, as well as to protect his against the risks of dangerous condition(s) existing on the premises that Hanover Insurance Group either knew of or, in the exercise of reasonable care, would have discovered.

14. Hanover Insurance Group breached its duty owed to Plaintiff where Hanover Insurance Group knew of or, in the exercise of reasonable care, would have discovered the dangerous condition(s) which injured Plaintiff and either: (1) breached a covenant to repair and/or correct

said dangerous condition(s) or, alternatively, assumed the responsibility for repairing and/or correcting such dangerous condition(s), yet failed to do so; and/or, (2) the dangerous condition(s) which injured Plaintiff resulted from a latent defect(s) on the premises which was known to Hanover Insurance Group and which Hanover Insurance Group failed to protect Plaintiff from.

15. As a direct and proximate result of Hanover Insurance Group's negligence, Plaintiff sustained personal injuries, experienced pain and suffering, both mental and physical, incurred medical expenses, and suffered a loss of earning capacity, all of which will continue in the future.

WHEREFORE, Plaintiff, John Petrilli, demands judgment against Hanover Insurance Group for compensatory damages in an amount sufficient to invoke the jurisdiction of this Court and to fully compensate him for his injuries, plus interest and costs.

## COUNT II
### Negligence: Plaintiff v. Lincoln Street Holding LLC

16. Plaintiff re-states and re-alleges paragraphs 1–15 as if fully set forth herein.

17. On or about February 26, 2023 Lincoln Street Holding LLC owned and/or exercised control over the premises.

18. Lincoln Street Holding LLC owed Plaintiff a duty to exercise reasonable care for his safety, as well as to protect his against the risks of dangerous condition(s) existing on the premises that Lincoln Street Holding LLC either knew of or, in the exercise of reasonable care, would have discovered.

19. Lincoln Street Holding LLC breached its duty owed to Plaintiff where Lincoln Street Holding LLC knew of or, in the exercise of reasonable care, would have discovered the dangerous condition(s) which injured Plaintiff and either: (1) breached a covenant to repair and/or correct said dangerous condition(s) or, alternatively, assumed the responsibility for repairing and/or correcting such dangerous condition(s), yet failed to do so; and/or, (2) the

dangerous condition(s) which injured Plaintiff resulted from a latent defect(s) on the premises which was known to Lincoln Street Holding LLC and which Lincoln Street Holding LLC failed to protect Plaintiff from.

20. As a direct and proximate result of Lincoln Street Holding LLC negligence, Plaintiff sustained personal injuries, experienced pain and suffering, both mental and physical, incurred medical expenses, and suffered a loss of earning capacity, all of which will continue in the future.

WHEREFORE, Plaintiff, John Petrilli, demands judgment against Lincoln Street Holding LLC for compensatory damages in an amount sufficient to invoke the jurisdiction of this Court and to fully compensate him for his injuries, plus interest and costs.

### DEMAND FOR JURY TRIAL

Plaintiff hereby claims a trial by jury on all issues so triable.

PLAINTIFF,
JOHN PETRILLI,
By his attorneys:

*/s/ Gregory P. Sorbello*
Gregory P. Sorbello, Esq. (#6564)
Michael R. Bottaro, Esq. (#7389)
The Bottaro Law Firm LLC
756 Eddy Street
Providence, Rhode Island 02903
Tel. (401) 383-5007
Fax. (401) 383-5005
Email: greg@bottarolaw.com
         mike@bottarolaw.com

Dated: August 4, 2023