UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND (Providence)

| | |
|---|---|
| JOHN PETRILLI,<br>        Plaintiff<br><br>v.<br><br>THE HANOVER INSURANCE COMPANY<br>AND 440 LINCOLN STREET HOLDING LLC,<br>and<br>SULLIVAN CONTRACTING &<br>LANDSCAPING, LLC<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: 1:23-cv-00318-JJM-PAS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is DISMISSED with prejudice and with an award of costs or fees to any party.

| | |
|---|---|
| Respectfully submitted<br>The Plaintiff,<br>By his attorney, | Respectfully submitted,<br>The Defendants,<br>By their attorney, |
| */s/ Gregory P. Sorbello*<br>Gregory P. Sorbello, BBO# 6564<br>The Bottaro Law Firm LLC<br>756 Eddy Street<br>Providence, RI 02903<br>(401) 383-5007 | */s/ Elizabeth J. Maxwell*<br>Elizabeth J. Maxwell, Esq. RI 9625<br>The Hanover Law Group<br>50 Resnik Road, Suite 201B<br>Plymouth, MA, 02360<br>508-667-3079 |

## CERTIFICATE OF SERVICE

      I, Elizabeth J. Maxwell, attorney for The Hanover Insurance Company and 440 Lincoln Street Holding LLC, hereby certify that a true copy of the above document was filed through ECF Systems and will be sent electronically to the registered participants as identified on the docket. I will send paper copies to non-registered participants as indicated on the docket.

Date: February 5, 2025

                                            Respectfully Submitted,

                                            */s/ Elizabeth J. Maxwell*
                                            Elizabeth J. Maxwell # RI 9625
                                            The Hanover Law Group
                                            50 Resnik Road, Suite 201B
                                            Plymouth, MA, 02360
                                            508-667-3079
                                            emaxwell@hanover.com